SAMES, Appellant, *v.* SPAWN, Respondent.

**Pleading — Complaint — Guaranty — Sufficiency.**

> The complaint alleged that on the 21st of January, 1882, the plaintiff and defendant entered into a *written contract*, whereby the plaintiff appointed defendant his agent to sell his corn cultivators and wagons for the counties of M. and L. ; that among other things defendant agreed to indorse, guarantee and by said contract guarantees the payment of all notes turned over to plaintiff in settlement for machines and wagons sold, waiving notice and protest ; that on May 1st, 1882, defendant sold and delivered to A. one of said cultivators, and received in payment a promissory note, dated that day, due January 1st, 1883, whereby A. promised to pay to the order of said defendant $43, with interest at ten per cent per annum until paid ; that afterward said defendant assigned and delivered said

note to this plaintiff, and there is due thereon $43 with interest aforesaid. *Held,* the complaint did not state facts sufficient to constitute a cause of action.

(Argued and determined at the May Term, 1887.)

APPEAL from the district court, Minnehaha county; Hon. C. S. PALMER, Judge.

The above is the first cause of action in the complaint in this case. It contained several others differing only as to the maker of the note, time of payment and amount. To the above cause of action and all of a similar character the defendant demurred, because the same did not state facts sufficient to constitute a cause of action. The demurrer was sustained, and the plaintiff electing to stand on his complaint, the court entered judgment dismissing it as to such causes as had been demurred to, whereupon the plaintiff appealed.

*Bailey & Davis,* for appellant.

There were two agreements, one to indorse and guarantee, the other " he guarantees." The latter is counted upon and is sufficient.

*Winsor & Swezey,* for respondent.

The causes of action demurred to do not sufficiently set forth any liability on the part of the defendant.

By the COURT:

The judgment in this case is affirmed, all of the justices concurring.